IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JADYN WALLS**                                                                         **PLAINTIFF**
**ADC #757902**

V.                      Case No. 2:25-CV-00164 BSM

**DEXTER PAYNE,** *et al.*                                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE